IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON



**Gorilla Capital, 201 GFI LLC,**

      Plaintiff,

      v.

**GEOFF CHISOLM,**

      Defendant.

**Civ. No. 6:16-cv-01020-TC**

OPINION and ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 13)

and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72.

Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v.*

*Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

Therefore, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 13) is adopted in its entirety, and this action is remanded to the Circuit Court of the State Oregon for the County of Deschutes.

IT IS SO ORDERED.


DATED this 22nd day of March, 2017.


/s/ **Michael J. McShane**
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER